ANTHONY P. CAPOZZI, CSBN 068525
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendants,
NIJJAR BROTHERS, NB TRUCKING,
SURINDER SINGH NIJJAR and
AMRITPAL P. SINGH



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>vs.<br>NIJJAR BROTHERS, NB TRUCKING,<br>SURINDER SINGH NIJJAR and<br>AMRITPAL P. SINGH,<br><br>    *Defendants.* | Case No.: CR-F-04-5356 AWI<br><br>REVISED STIPULATION TO SET<br>SENTENCING DATE |

IT IS HEREBY STIPULATED between the Defendant, NIJJAR BROTHERS, NB TRUCKING, SURINDER SINGH NIJJAR and AMRITPAL P. SINGH, by and through their attorney-of-record, Anthony P. Capozzi, and SUKWINDER SINGH, by and through his attorney-of-record, Timothy V. Magill, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, that the Sentencing Hearing be scheduled for Thursday, November 1, 2007 at 9:00 a.m.

1    This continuance is jointly requested by the parties due to the unavailability of the
2  agents and counsel in this matter.
3    It is further stipulated by the parties that any delay resulting from this continuance shall
4  be excluded on the following basis:
5    1.    Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice
6        served by taking such action outweighs the best interest of the public and the
7        defendant in a speedy trial;
8    2.    Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to
9        expect adequate preparation for pre-trial proceedings or for the trial itself with
10       the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: August 1, 2007

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendants,
NIJJAR BROTHERS,
NB TRUCKING,
SURINDER SINGH NIJJAR and
AMRITPAL P. SINGH

Dated: August 6, 2007

/s/ Timothy V. Magill
Timothy V. Magill,
Attorney for Defendant,
SUKHWINDER SINGH

Dated: August 1, 2007

/s/ Mark E. Cullers
Mark E. Cullers,
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED**:

DATED:   August 7, 2007

HONORABLE ANTHONY W. ISHII
U.S. DISTRICT COURT JUDGE