ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA  93711
Telephone:  (559) 221-0200
Fax:  (559) 221-7997
E-mail:  capozzilaw@aol.com

Attorney for Defendant,
SURINDER SINGH NIJJAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5356 AWI |
| Plaintiff, | STIPULATION FOR CONTINUANCE |
| vs. | SENTENCING HEARING AND ORDER THEREIN |
| SURINDER SINGH NIJJAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, SURINDER SINGH NIJJAR, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, **on behalf of all parties**, that the Sentencing Hearing now set for Monday, April 28, 2008, be continued to Monday, May 12, 2008 at 1:30 p.m.

This continuance is jointly requested by the parties due to the unavailability of Sukhwinder Singh who must testify in India.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1

a. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

b. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: April 22, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SURINDER SINGH NIJJAR

Dated: April 22, 2008

/s/ Mark E. Cullers
Mark E. Cullers,
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Bail Hearing set for April 28, 2008, is vacated and continued to May 12, 2008 at 1:30 p.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   April 25, 2008**           /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE

2