IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5356 AWI |
| Plaintiff, | STIPULATION FOR CONTINUANCE |
| vs. | SENTENCING HEARING AND ORDER THEREIN |
| SURINDER SINGH NIJJAR, | |
| Defendant. | |

The parties filed the following stipulation:

IT IS HEREBY STIPULATED between the Defendant, SURINDER SINGH NIJJAR, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, **on behalf of all parties**, that the Sentencing Hearing now set for Monday, May 12, 2008, be continued to Tuesday, May 27, 2008 at 1:30 p.m.

This continuance is jointly requested by the parties due to the unavailability of Sukhwinder Singh who must testify in India as well as his counsel, Mr. Magill who is currently in trial on another matter.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1

a. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

b. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: May 7, 2008

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SURINDER SINGH NIJJAR

Dated: May 7, 2008

/s/ Mark E. Cullers
Mark E. Cullers,
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Good cause having been shown, the Sentencing Hearing set for Monday, May 12, 2008, is vacated and continued to Tuesday, May 27, 2008 at 1:30 p.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   May 8, 2008**            /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE

2