ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
SURINDER SINGH NIJJAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-04-5356 AWI |
| Plaintiff, | STIPULATION FOR CONTINUANCE |
| vs. | SENTENCING HEARING AND ORDER THEREIN |
| SURINDER SINGH NIJJAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, SURINDER SINGH NIJJAR, by and through his attorney-of-record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, Mark E. Cullers, **on behalf of all parties**, that the Sentencing Hearing now set for Tuesday, May 27, 2008, be continued to Monday, June 2, 2008 at 1:30 p.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1

1  a. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

b. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: May 22, 2008

        /s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
SURINDER SINGH NIJJAR

Dated: May 22, 2008

        /s/ Mark E. Cullers
Mark E. Cullers,
Assistant U.S. Attorney

2

# ORDER

IT IS SO ORDERED.  Good cause having been shown, the Sentencing Hearing set for Tuesday, May 27, 2008, is vacated and continued to Monday, June 2, 2008 at 1:30 p.m. Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:** __May 23, 2008__                                          __/s/ Anthony W. Ishii__
                                                                UNITED STATES DISTRICT JUDGE

3