


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. CR-F-04-5356-AWI |
| ) | |
| vs. ) | ORDER EXONERATING BOND |
| ) | |
| SUKHWINDER SINGH, ) | |
| Defendant. ) | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The property bond posted is exonerated and reconveyed:

Document number 2005003129 posted January 21, 2005

DATED: 9-25-08

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1