



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | No. CR-F-04-5356-AWI |
| vs. | ) | ORDER EXONERATING BOND |
| SUKHWINDER SINGH, | ) | |
| Defendant. | ) | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

( ) The property bond posted is exonerated and reconveyed:

Document number 2005003129 posted January 21, 2005

DATED: 9-25-08

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1